**Order filed September 28, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00520-CV**

---

**IN RE RYAN ZIMMERMAN, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-62926**

---

## ORDER

On September 15, 2021, relator Ryan Zimmerman filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Linda Dunson, presiding judge of the 309th District Court of Harris County, to set aside its June 24, 2021, order holding relator in contempt for possession and access violations and failure to pay child support.

Relator's appendix to his petition for writ of mandamus contains multiple documents with unredacted sensitive information of relator's minor children. *See* Tex. R. App. P. 9.9(a)(3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. Id. 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data.

Accordingly, we **ORDER** relator to redact all sensitive information from the documents included with his appendix to the petition and refile them in this court on or before October 1, 2021. Relator's failure to comply with this order will result in the denial of relator's petition.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.